286 So.2d 301

In re The CONNREX CORPORATION, a corp., d/b/a Yocam Batteries

v.

DEPARTMENT OF REVENUE, State of Alabama.

Ex parte STATE of Alabama, DEPARTMENT OF REVENUE.

SC 537.

Supreme Court of Alabama.

Nov. 8, 1973.

Rehearing Denied Dec. 13, 1973.

William J. Baxley, Atty. Gen., Willard W. Livingston, William H. Burton, Asst. Counsel, Dept. of Revenue and Asst. Attys. Gen., for the State.

Daniel H. Markstein, III, Birmingham, for respondent.

MERRILL, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Connrex Corp., a Corp., d/b/a Yocam Batteries v. Department of Revenue, State of Alabama, 51 Ala.App. ——, 286 So.2d 296.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.

280 So.2d 797

In re Charlie Will CORE

v.

STATE.

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

SC 432.

Supreme Court of Alabama.

July 19, 1973.

William J. Baxley, Atty. Gen. and Don C. Dickert, Asst. Atty. Gen., for the State.

No Brief for respondent.

HARWOOD, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Core v. State, 50 Ala.App. 533, 280 So.2d 794.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and McCALL, JJ., concur.